# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLORIA SUN JUNG YUN,** : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 3:18-0324** |
| v. : | **(JUDGE MANNION)** |
| : | |
| **COMMONWEALTH OF PENNSYLVANIA,** *et al.*, : | |
| : | |
| **Defendants** | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Judge Mehalchick's report, (Doc. 12), is **ADOPTED**.

2. Plaintiff's declaration in which she avers that she wishes to voluntarily withdraw her complaint, (Doc. 11), is construed as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1).

3. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff's motion to proceed in forma pauperis, (Doc. 2), is **DISMISSED AS MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 6, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0324-01-ORDER.wpd